

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Paul Torres,

No. 11-21-00001-CR

* From the 106th District Court
  of Gaines County,
  Trial Court No. 10-4068-A.

* February 4, 2021

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.